| | |
|---|---|
| 1 | Ed Dunlavey |
| | Legal Officer |
| 2 | NATIONAL PARK SERVICE |
| | Law Enforcement Office |
| 3 | P.O. Box 517 |
| | Yosemite, California  95389 |
| 4 | Telephone: (209) 372-0243 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-CR-00027-YNP |
|        Plaintiff, | ) | |
| | ) | |
|        v. | ) | |
| | ) | |
| KYLE NARASKY, | ) | |
|        Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Docket 6:09-CR-00025-YNP |
|        Plaintiff, | ) | |
| | ) | |
|        v. | ) | |
| | ) | |
| CHRIS GIERLICH, | ) | |
|        Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Docket 6:09-CR-00026-YNP |
|        Plaintiff, | ) | |
| | ) | |
|        v. | ) | |
| | ) | |
| CHAD GIERLICH, | ) | |
|        Defendant. | ) | |
| | ) | |

STIPULATION TO VACATE
STATUS CONFERENCE AND
SET FOR PLEA AND SENTENCE;
AND ORDER
THEREON


Courtroom: Yosemite U.S.. Magistrate
Honorable: Dennis Beck

//

1

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, CHAD GIERLICH, his attorney of record, Robert Viefhaus, Defendant CHRIS GIERLICH, his attorney of record, Jeremy Kroger, Defendant, KYLE NARASKY, and his attorney of record, Michael Mitchell, that the Status Conference in the above-captioned matters set for November 17, 2009 be vacated, and the matters be set for plea and sentence on January 5, 2010, at 10:00 a.m.

Dated: November 10, 2009      /S/ Susan St. Vincent
                              Susan St. Vincent
                              Acting Legal Officer
                              Yosemite National Park

Dated: November 11 , 2009     /S/ Robert M. Viefhaus
                              Robert M. Viefhaus
                              Attorney for Defendant
                              CHAD GIERLICH

Dated: November 11 , 2009      /S/ Jeremy S. Kroger
                              Jeremy S. Kroger
                              Attorney for Defendant
                              CHRIS GIERLICH

Dated: November 11 , 2009     /S/ Michael E. Mitchell
                              Michael E. Mitchell
                              Attorney for Defendant
                              KYLE NARASKY

* * * ORDER * * *

The Court, having reviewed the above request to vacate the status conference, now set for November 17, 2009, and set the matter for plea and sentence January 5, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Status Conference set for November 17, 2009, is vacated.
2. The matter is now set for plea and sentence on January 5, 2010.

IT IS SO ORDERED.

Dated:   **November 13, 2009**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE