Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>      v.<br><br>KYLE NARASKY,<br>        Defendant. | Docket 6:09-CR-00027-YNP |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>      v.<br><br>CHRIS GIERLICH,<br>        Defendant. | Docket 6:09-CR-00025-YNP |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>      v.<br><br>CHAD GIERLICH,<br>       Defendant. | Docket **6:09-CR-00026-YNP**<br><br><br>STIPULATION TO VACATE PLEA AND SENTENCING AND CONTINUE PLEA AND SENTENCING; AND ORDER THEREON<br><br>Courtroom: Yosemite U.S.. Magistrate<br>Honorable Sandra M. Snyder |

//

//

1

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, CHAD GIERLICH, his attorney of record, Robert Viefhaus, Defendant CHRIS GIERLICH, his attorney of record, Jeremy Kroger, Defendant, KYLE NARASKY, and his attorney of record, Michael Mitchell, that the Plea and Sentencing in the above-captioned matters set for March 2, 2010 be vacated, and the matters be set for plea and sentencing on April 6, 2010, at 10:00 a.m. Defendants by and through their attorneys of record also stipulate and agree to waive and exclude time generally for their speedy trial.

Dated: March 1, 2010          /S/ Susan St. Vincent
                              Susan St. Vincent
                              Acting Legal Officer
                              Yosemite National Park

Dated: March 1, 2010          /R/ Robert M. Viefhaus
                              Robert M. Viefhaus
                              Attorney for Defendant
                              CHAD GIERLICH

Dated: March 1, 2010          /S/ Jeremy S. Kroger
                              Jeremy S. Kroger
                              Attorney for Defendant
                              CHRIS GIERLICH

Dated: March 1, 2010          /S/ Michael E. Mitchell
                              Michael E. Mitchell
                              Attorney for Defendant
                              KYLE NARASKY

* * * ORDER * * *

The Court, having reviewed the above request to vacate the plea and sentencing for all defendants, now set for March 2, 2010, and set the matter for plea and sentencing April 6, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Plea and Sentencing now set for March 2, 2010, is vacated.
2. The matter is now set for plea and sentencing on April 6, 2010.
3. Time generally for speedy trial is excluded through April 6, 2010.

IT IS SO ORDERED.

Dated:  March 1, 2010                    /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE