```
Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>      v.<br><br>CHAD GIERLICH,<br>           Defendant. | Docket 6:09-CR-00026-YNP<br><br>STIPULATION TO VACATE PLEA AND SENTENCING AND CONTINUE PLEA AND SENTENCING; AND ORDER THEREON<br><br>Courtroom: Yosemite U.S. Magistrate<br>Honorable Gary S. Austin |

      IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, CHAD GIERLICH, and his attorney of record, Robert Viefhaus, that the Plea and Sentencing in the above-captioned matters set for April 6, 2010 be vacated, and the matters be set for plea and sentencing on May 4, 2010, at 10:00 a.m. Defendant by and through his attorney of record also stipulate and agree to waive and exclude time generally for his speedy trial.

Dated: April 5, 2010                  /S/ Susan St. Vincent
                                              Susan St. Vincent
                                              Acting Legal Officer
                                              Yosemite National Park

Dated: April 5, 2010                  /S/ Robert Viefhaus
                                              Robert Viefhaus
                                              Attorney for Defendant
                                              CHAD GIERLICH

* * * ORDER * * *

The Court, having reviewed the above request to vacate the plea and sentencing for Chad Gierlich, now set for April 6, 2010, and set the matter for plea and sentencing May 4, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Plea and Sentencing now set for April 6, 2010, is vacated.
2. The matter is now set for plea and sentencing on May 4, 2010.
3. Time generally for speedy trial is excluded through May 4, 2010.

IT IS SO ORDERED.

Dated:   **April 7, 2010**            /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE