Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-CR-00026-YNP |
| Plaintiff, | ) | |
| | ) | STIPULATION  TO VACATE PLEA |
| | ) | AND SENTENCING |
| v. | ) | AND  TO |
| | ) | CONTINUE  PLEA  AND SENTENCING |
| | ) | AND |
| CHAD GIERLICH, | ) | ORDER THEREON |
| Defendant. | ) | |
| | ) | Courtroom: Yosemite U.S. Magistrate |
| | ) | Honorable Michael J. Seng |
| _____ | ) | |

        IT IS HEREBY STIPULATED by and between Susan St. Vincent,  the acting legal officer

for the National Park Service, and Defendant, CHAD GIERLICH, by and through his attorney of

record, Robert Viefhaus, that the Plea and Sentencing in the above-captioned matters set for May

4, 2010, shall be continued to May 11, 2010, at 10:00 a.m.  Defendant, by and through his attorney

of record, further stipulates and agrees that the time between these two dates shall be excluded for

purposes of determining his right to a speedy trial.


        Dated: May 3, 2010                        /S/ Susan St. Vincent_____
                                                 Susan St. Vincent
                                                 Acting Legal Officer
                                                 Yosemite National Park



        Dated: May 3, 2010                        /S/ Robert Viefhaus_____
                                                 Robert Viefhaus
                                                 Attorney for Defendant

1

CHAD GIERLICH

* * * ORDER * * *

The Court, having reviewed the above request to vacate the plea and sentencing for Chad Gierlich,  set for May 4, 2010, and set the matter for plea and sentencing May 11, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

    1.    The Plea and Sentencing  set for May 4, 2010, is continued to May 11, 2010.

    3.    The extended time shall not be considered in calculating the defendant's speedy trial rights.

IT IS SO ORDERED.

**Dated:   May 26, 2010**                               /s/ Michael J. Seng
                                                  UNITED STATES MAGISTRATE JUDGE