Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHAD GIERLICH,<br>　　　　　Defendant. | Docket 6:09-CR-00026-YNP<br><br>STIPULATION TO VACATE SENTENCING AND CONTINUE SENTENCING; AND ORDER THEREON<br><br>Courtroom: Yosemite U.S. Magistrate<br>Honorable Michael J. Seng |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, CHAD GIERLICH, by and through his attorney of record, Robert Viefhaus, that the Sentencing in the above-captioned matters set for August 10, 2010, shall be continued to October 5, 2010, at 10:00 a.m.  Defendant, by and through his attorney of record, further stipulates and agrees that the time between these two dates shall be excluded for purposes of determining his right to a speedy sentencing.

Dated: August 9, 2010　　　　　　　　　　/S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　Yosemite National Park


Dated: August 9, 2010　　　　　　　　　　/S/ Robert Viefhaus
　　　　　　　　　　　　　　　　　　　　　Robert Viefhaus
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　CHAD GIERLICH

* * * ORDER * * *

The Court, having reviewed the above request to vacate the sentencing for Chad Gierlich, now set for August 10, 2010, and set the matter for sentencing October 5, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Sentencing now set for August 10, 2010, is continued to October 5, 2010.
2. The extended time shall not be considered in calculating the defendant's speedy sentencing rights.

IT IS SO ORDERED.

Dated:   August 10, 2010               /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE